No. 3120.—Pueblo, apdo., *v.* Ortiz, aplte.—C. D. Guayama. Hurto de menor cuantía. Junio 3, 1927. Confirmada la sentencia apelada porque los cuatro motivos de error alegados se refieren a la apreciación que de la prueba hizo la corte inferior, y resultando que la prueba es contradictoria, no se ha encontrado que la corte sentenciadora cometiera error al resolver el conflicto de la evidencia.